**/sIN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARQUITA CHANTE BECKLEY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-1548** |
| | : | |
| **TRILLIUM PLACE BY** | : | |
| **TANDEM LIVING,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 16th day of October 2026, upon consideration of Plaintiff Marquita Chante Beckley's Amended Complaint (ECF No. 11), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL, J.**